*held*
*2 hrs*

09/17/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar
RESCHEDULED FROM 8/26/03 & 9/23/03

Honorable Holly B. Fitzsimmons, U. S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room 266

October 16, 2003

9:30 a.m.

AT LEAST 5 DAYS BEFORE THE SETTLEMENT CONFERENCE THE PARTIES SHALL SUBMIT TO THESE CHAMBERS AN EX PARTE, CONFIDENTIAL LETTER, NO MORE THAN 3 PAGES IN LENGTH, OUTLINING THEIR RESPECTIVE POSITIONS REGARDING THE ISSUES IN DISPUTE, FORESEEABLE PROBLEMS, PREVIOUS POSITIONS AND ANY AGREEMENT(S) ALREADY REACHED.  REPRESENTATIVES OF EACH PARTY WITH FULL AUTHORITY TO COMPROMISE THEIR RESPECTIVE CLAIMS MUST ATTEND THE SETTLEMENT CONFERENCE.

PARTIES ARE REQUIRED TO BE PRESENT.

THIS CONFERENCE MAY NOT BE ADJOURNED EXCEPT BY ORDER OF THE COURT.

THE SETTLEMENT CONFERENCE ORDER PREVIOUSLY ISSUED REMAINS IN EFFECT.

3-02-cv-1839   (AHN) Baker v Property Investors
-------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Mary Ann Conklin | Connecticut Legal Services, 85 Central Avenue, Waterbury, CT 756-8074 |
| Douglas P. Morabito | U.S. Attorney's Office, 157 Church St., PO Box 1824 23rd Floor, New Haven, CT 203-821-3700 |
| Thomas E. Porzio | Porzio & Diamond, 625 Wolcott Street Suite 21, Waterbury, CT 203-573-0019 |
| Terri L. Roman | U.S. Dept. of Housing & Urban Development, 451 7th St., S.W. Room 10258, Washington, DC 202-708-0300 |
| Joseph A. Siciliano | 3333 Main Street, Stratford, CT 203-377-3970 |
| Richard L. Tenenbaum | Connecticut Legal Services, 211 State St., Bridgeport, CT |
| Jennifer Vickery | 1115 Main Street, Suite 415, Bridgeport, CT 203-384-1245 |
| Catherine L. Williams | Connecticut Legal Services, 211 State St., Bridgeport, CT 203-336-3851 |