UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| SHAHEERAH BAKER, ANDREA WILLIAMS, NEQUA ABNEY, DANISHA ARANJO, LATRENDA DIXON, KEYVA FRAZIER, ULYSSA GOODRUN, NEKEYA MARTIN, DORCAS TJITEMISA, RITA WEAVER and SHEROLD WILLIAMS,<br><br>　　　Plaintiffs<br><br>v.<br><br>PROPERTY INVESTORS OF CONNECTICUT; FRANCISCO AND ASSOCIATES; CLARA STEVENS; MEL MARTINEZ, in his capacity as Secretary of the United States Department of Housing and Urban Development; UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; and HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, T & D PROPERTIES OF BRIDGEPORT   CORP; and WILFREDO SANTOS,<br><br>　　　Defendants | CIVIL ACTION NO.<br><br>302CV1839 (AHN)<br><br><br>December 29, 2003 |

---

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME FOR DISCOVERY
RE: DEFENDANTS PROPERTY INVESTORS OF CONNECTICUT,
FRANCISCO & ASSOCIATES, CLARA STEVENS AND THE HOUSING AUTHORITY
OF THE CITY OF BRIDGEPORT**

Pursuant to Local Rule of Civil Procedure 9(b), plaintiffs' in the above-captioned matter move

the Court for an extension of time of three months, up to and including March 31, 2004, in which

**Oral Argument Not Requested
Testimony Not Required**

to complete discovery, and for an extension until April 30, 2004 to complete Dispositive Motions with the Defendants Property Investors of Connecticut, Francisco & Associates, Clara Stevens and the Housing Authority of the city of Bridgeport.

Scheduling orders required discovery to be completed by December 31, 2003. During the interim period the issues between these Defendants and the Plaintiffs had been referred to the Magistrate Judge for a settlement conference. This conference occurred on October 16, 2003 and settlement efforts are still being pursued. The Plaintiff is waiting for confirmation from the Magistrate Judge on whether or not the settlement has been achieved. In the event that settlement is not reached, the additional time requested will be necessary to complete discovery.

An extension had been previously granted upon the request of the Defendant Property Investors of Connecticut. This is plaintiffs' first Motion for Extension of Time regarding Discovery.

The undersigned spoke to Attorney Thomas Porzio for Property Investors of Connecticut, Francisco Associates and Clara Stevens and Attorney Joseph Siciliano for the Housing Authority of the City of Bridgeport all of whom had no objection to this motion for extension of time.

PLAINTIFFS,

By: _/s/ Mary A Conklin_
Mary A Conklin
CONNECTICUT LEGAL SERVICES, INC.
Federal Bar no. ct07697
Connecticut Legal Services, Inc.
85 Central Avenue
Waterbury, CT 06702
(203) 756-8074

2

Catherine Williams
211 State Street
Bridgeport, Connecticut 06604
Telephone (203) 336-3851
Federal Bar No. #ct02059


Richard L. Tenenbaum
Federal Bar no. ct16681
Connecticut Legal Services, Inc.
211 State Street
Bridgeport, CT 06604
(203) 336-3851

Attorneys for the Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing Motion for Extension of Time for Discovery was mailed, postage prepaid on December 29, 2003 to:

Douglas P. Morabito, Esq.
Assistant U.S. Attorney
157 Church Street
New Haven, CT 06510

Terri L. Roman, Esq.
U.S. Dept. of Housing & Urban Development
451 7th St., S.W., Room 10258
Washington, DC 20410
202-708-0300

Thomas E. Porzio, Esq.
625 Wolcott Street
Waterbury, CT 06705

Joseph A. Siciliano, Esq.
3333 Main Street
Stratford, CT 06614

_____
Mary A. Conklin
Plaintiffs' attorney
Fed Bar No. ct07697