02cv1839 mext

FILED
2003 DEC 30 P 12: 05

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAHEERAH BAKER, ANDREA
WILLIAMS, NEQUA ABNEY,
DANISHA ARANJO, LATRENDA
DIXON, KEYVA FRAZIER, ULYSSA
GOODRUN, NEKEYA MARTIN, DORCAS
TJITEMISA, RITA WEAVER and
SHEROLD WILLIAMS,

    Plaintiffs

PROPERTY INVESTORS OF CONNECTICUT;
CISCO AND ASSOCIATES; CLARA
STEVENS; MEL MARTINEZ, in his capacity
as Secretary of the United States Department of
Housing and Urban Development;
UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT;
HOUSING AUTHORITY OF THE CITY OF
BRIDGEPORT, T & D PROPERTIES OF
BRIDGEPORT CORP; and WILFREDO
SANTOS,

    Defendants

CIVIL ACTION NO.

302CV1839 (AHN)

December 29, 2003

FILED  2004 JAN -7 P 12: [..]  U.S. DISTRICT COURT  BRIDGEPORT CT

Motion Granted.
Discovery cutoff date 3-31-04
Dispositive Motions due by 4-30-04
SO ORDERED
ALAN H. NEVAS, U.S.D.J.
1/6/...

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME FOR DISCOVERY
RE: DEFENDANTS PROPERTY INVESTORS OF CONNECTICUT,
CISCO & ASSOCIATES, CLARA STEVENS AND THE HOUSING AUTHORITY
OF THE CITY OF BRIDGEPORT**

Pursuant to Local Rule of Civil Procedure 9(b), plaintiffs' in the above-captioned matter move

the Court for an extension of time of three months, up to and including March 31, 2004, in which

**Oral Argument Not Requested**
**Testimony Not Required**