```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
                                        :
SHAHEERAH BAKER, et al,                 :
        PLAINTIFFS,                     :
                                        :
v.                                      :  CIV. NO. 3:02CV1839 (HBF)
                                        :
PROPERTY INVESTORS OF                   :
CONNECTICUT, et al,                     :
        DEFENDANTS.                     :
```

ENDORSEMENT RULING

U.S. Dept. of Housing and Urban Development's ("HUD") Motion Seeking Exemption from Rule 26(a)(1) Requirement and/or Motion to Stay Discovery **[doc # 53]** is **GRANTED** pending a ruling by Judge Nevas on HUD's Motion to Dismiss.

SO ORDERED at Bridgeport this 30th day of March 2004.

__/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE