UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAHEERAH BAKER, ANDREA WILLIAMS, NEQUA ABNEY, DANISHA ARANJO, LATRENDA DIXON, KEYVA FRAZIER, ULYSSA GOODRUN, NEKEYA MARTIN, DORCAS TJITEMISA, RITA WEAVER and SHEROLD WILLIAMS,<br><br>　　　　　Plaintiffs<br><br>v.<br><br>PROPERTY INVESTORS OF CONNECTICUT; FRANCISCO AND ASSOCIATES; CLARA STEVENS; MEL MARTINEZ, in his capacity as Secretary of the United States Department of Housing and Urban Development; UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; and HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT; T&D PROPERTIES OF BRIDGEPORT CORP., d.b.a. T&D Properties of Bridgeport, Inc. and T&D Properties of Bridgeport; and, WILFREDO SANTOS,<br>　　　　　Defendants | CIVIL ACTION NO.<br>302CV1839 (AHN)<br><br>April 28, 2004 |

**WITHDRAWAL OF ACTION AGAINST DEFENDANT
HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT**

The Plaintiffs' action is withdrawn as to the Defendant HOUSING AUTHORITY OF

THE CITY OF BRIDGEPORT without costs to any party.

Respectfully submitted

*Mary S. Conklin* (signature)

Mary Conklin
Federal Bar no. ct07697
Connecticut Legal Services, Inc.
85 Central Avenue
Waterbury, CT 06702
(203) 756-8074


Richard L. Tenenbaum
Federal Bar no. ct16681
Connecticut Legal Services, Inc.
211 State Street
Bridgeport, CT 06604
(203) 336-3851


Catherine Williams
Federal Bar no. ct24089
Connecticut Legal Services, Inc.
211 State Street
Bridgeport, CT 06604
(203) 336-3851


Attorneys for the Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Withdrawal was mailed, postage prepaid, on April 29, 2004, to:

Douglas P. Morabito, Esq.
Assistant U.S. Attorney
157 Church Street
New Haven, CT 06510

Terri L. Roman, Esq.
U.S. Department of Housing & Urban Development
451 7th St., S.W., Room 10258
Washington, DC 20410

Thomas E. Porzio, Esq.
625 Wolcott Street
Waterbury, CT 06705

Joseph A. Siciliano, Esq.
3333 Main Street
Stratford, CT 06614

_____
Mary A. Conkin
Fed Bar No.ct 07697
Plaintiffs' attorney