UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAY -4  A 11: 53

U.S. DISTRICT COURT
BRIDGEPORT, CONN

SHAHEERAH BAKER, ANDREA
WILLIAMS, NEQUA ABNEY, DANISHA
ARANJO, LATRENDA DIXON, KEYVA
FRAZIER, ULYSSA GOODRUN, NEKEYA
MARTIN, DORCAS TJITEMISA,
RITA WEAVER and
SHEROLD WILLIAMS,

        Plaintiffs

v.

PROPERTY INVESTORS OF CONNECTICUT;
FRANCISCO AND ASSOCIATES; CLARA
STEVENS; MEL MARTINEZ, in his capacity
as Secretary of the United States Department of
Housing and Urban Development;
UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT;
and HOUSING AUTHORITY OF THE CITY OF
BRIDGEPORT; T&D PROPERTIES OF BRIDGEPORT
CORP., d.b.a. T&D Properties of Bridgeport, Inc. and
T&D Properties of Bridgeport; and, WILFREDO
SANTOS,

        Defendants

CIVIL ACTION NO.
302CV1839 (AHN)

April 28, 2004

## WITHDRAWAL OF ACTION AGAINST DEFENDANT
## HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT

The Plaintiffs' action is withdrawn as to the Defendant HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT without costs to any party.