#16

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAY -4  A 11: 52

U.S. DISTRICT COURT
BRIDGEPORT, CONN

SHAHEERAH BAKER, ANDREA
WILLIAMS, NEQUA ABNEY, DANISHA
ARANJO, LATRENDA DIXON, KEYVA
FRAZIER, ULYSSA GOODRUN, NEKEYA
MARTIN, DORCAS TJITEMISA,
RITA WEAVER and
SHEROLD WILLIAMS,

          Plaintiffs

v.

PROPERTY INVESTORS OF CONNECTICUT;
FRANCISCO AND ASSOCIATES; CLARA
STEVENS; MEL MARTINEZ, in his capacity
as Secretary of the United States Department of
Housing and Urban Development;
UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT;
and HOUSING AUTHORITY OF THE CITY OF
BRIDGEPORT; T&D PROPERTIES OF BRIDGEPORT
CORP., d.b.a. T&D Properties of Bridgeport, Inc. and
T&D Properties of Bridgeport; and, WILFREDO
SANTOS,

          Defendants

CIVIL ACTION NO.
302CV1839 (AHN)

April 28, 2004

SO ORDERED
ALAN H. NEVAS, U.S.D.J.
7/29,2004  APPROVED

## WITHDRAWAL OF ACTION AGAINST DEFENDANTS PROPERTY INVESTORS OF CONNECTICUT, FRANCISCO & ASSOCIATES AND CLARA STEVENS

The Plaintiffs' action is withdrawn as to the Defendants PROPERTY INVESTORS OF CONNECTICUT, FRANCISCO & ASSOCIATES AND CLARA STEVENS without costs to any party.