UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SHAHEERAH BAKER, NEQUA
ABNEY, DANISHA ARANJO,
LLATRENDA DIXON, ULYSSA
GOODWIN, KEYVA FRAZIER,
NEKEYA MARTIN, DORCAS
TJITEMISA, RITA WEAVER,
ANDREA WILLIAMS, SHERROLD
WILLIAMS

   v              3:02cv1839 (AHN)

PROPERTY INVESTORS OF
CONNECTICUT; FRANCISCO &
ASSOCIATES; CLARA STEVENS,
U.S. DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT; MEL
MARTINEZ, in his capacity as
Secretary of U.S. HOUSING URBAN
DEVELOPMENT; HOUSING AUTHORITY
OF THE CITY OF BRIDGEPORT;
T & D PROPERTIES OF
BRIDGEPORT CORP.; and
WILFREDO SANTOS

## J U D G M E N T

  This matter came on before the Honorable Alan H. Nevas, United States District Judge, as a result of defendants' motion to dismiss.

  The Court heard oral argument on June 27, 2003, and has reviewed all of the papers filed in conjunction with the motion. On September 22, 2004, a Ruling on Defendants' Motion to Dismiss was entered by the Court granting defendants' motion.

  On August 2, 2004 the court approved Plaintiffs' voluntary withdrawal of its action with

respect to Defendants Housing Authority of the City of Bridgeport, Property Investors of Connecticut, Francisco & Associates and Clara Stevens.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 24th day of September, 2004.

                                            Kevin F. Rowe, Clerk

                                            By /S/ Alice Montz
                                                       Deputy Clerk

Entered on Docket _____