UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 SEP 29 P 1:50

SHAHEERAH BAKER, et al

v                                   3:02CV1839 (AHN)

PROPERTY INVESTORS OF
CONNECTICUT, ET AL

ORDER

The judgment entered on September 22, 2004 is hereby VACATED and the case is reopened.

SO ORDERED this 29th day of September, 2003, at Bridgeport, Connecticut.

KEVIN F. ROWE, CLERK

By _____
     Deputy Clerk

Entered on Docket _____