UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SHAHEERAH BAKER, NEQUA
ABNEY, DANISHA ARANJO,
LLATRENDA DIXON, ULYSSA
GOODRUN, KEYVA FRAZIER,
NEKEYA MARTIN, DORCAS
TJITEMISA, RITA WEAVER,
ANDREA WILLIAMS, SHRROLD
WILLIAMS

      v               3:02cv1839 (AHN)

PROPERTY INVESTORS OF
CONNECTICUT; FRANCISCO &
ASSOCIATES; CLARA STEVENS;
MEL MARTINEZ, in his capacity as
Secretary of U.S. Department of Housing
and Urban Development; U.S. DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT;
HOUSING AUTHORITY OF THE CITY OF
BRIDGEPORT; T & D PROPERTIES OF
BRIDGEPORT CORP., and
WILFREDO SANTOS

J U D G M E N T

   This matter came on before the Honorable Alan H. Nevas, United States District Judge, as a result of defendants' motion to dismiss.

   The Court heard oral argument on June 27, 2003, and has reviewed all of the papers filed in conjunction with the motion to dismiss. On September 22, 2004, a ruling granting Defendants' Motion to Dismiss as to Mel Martinez and U.S. Department of Housing and Urban Development's was filed.

   On August 2, 2004 the court approved Plaintiffs' voluntary withdrawal of its action with respect to Defendants Housing Authority of the city of Bridgeport, Property Investors of

Connecticut, Francisco & Associates and Clara Stevens.  No summonses were returned executed as to Defendants T & D Properties of Bridgeport Corp and Wilfredo Santos.

    Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

    Dated at Bridgeport, Connecticut, this 20th day of December, 2004.

                                                KEVIN F. ROWE, Clerk

                                                By_____
                                                    Deputy Clerk

Entered on Docket